**KARLA E. PAINTER**
Assistant U.S. Attorney
U.S. Attorney's Office
P.O. Box 8329
Missoula, MT 59807
105 E. Pine, 2d Floor
Missoula, MT 59802
Phone:   (406) 542-8851
FAX:     (406) 542-1476
E-mail:   Karla.Painter@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA



FILED
JAN 2 6 2022
Clerk, U S District Court
District Of Montana
Missoula

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CR 22- 9 -M- DWM |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | **THEFT OF MAIL (Counts I-VI)**<br>Title 18 U.S.C. § 1708<br>(Penalty: Five years imprisonment, $250,000 fine, and three years supervised release) |
| MICHAEL THOMAS KULLBERG, and JENNIFER DON SMITH, | |
| Defendants. | **CONSPIRACY TO COMMIT WIRE FRAUD (Count VII)**<br>Title 18 U.S.C. § 1349<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release). |
| | **WIRE FRAUD (Counts VIII-XVIII)**<br>Title 18 U.S.C. §§ 1343, 2<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |

1

| | AGGRAVATED IDENTITY THEFT (Counts XIX-XXIX) Title 18 U.S.C. §§ 1028A(a)(1), 2 (Penalty: Mandatory minimum two years imprisonment, consecutive to any other punishment, $250,000 fine, and one year supervised release) |
|---|---|

THE GRAND JURY CHARGES:

## COUNTS I-VI
## THEFT OF MAIL

Beginning on or about March 22, 2020, and continuing until on or about April 6, 2020, at Eureka and Libby, within Lincoln County, at Kalispell, within Flathead County, and elsewhere in the State and District of Montana, the defendant MICHAEL THOMAS KULLBERG, did steal and take from an authorized depository for mail matter at the locations listed below, packages and mail addressed to the individuals listed below (true names withheld to protect privacy), in violation of 18 U.S.C. § 1708.

| Count | Date | Location | Type of mail | Addressee |
|---|---|---|---|---|
| I | 3/22/2020 | Glen Lake Road, Eureka, MT | Letter | John Doe #1 |
| II | 3/22/2020 | Glen Park Road, Eureka, MT | Letter | Jane Doe #1/ John Doe #2 |
| III | 3/22/2020 | Sophie Lake Road, Eureka, MT | Package | Jane Doe #2 |
| IV | 3/22/2020 | Pinkham Creek Road, Rexford, MT | Package | John Doe #3 |
| V | 4/4/2020 | Farm to Market Road, Libby, MT | Letter | John Doe #4 |

| Count | Date | Location | Type of mail | Addressee |
|---|---|---|---|---|
| VI | 4/4/2020 | Farm to Market Road, Libby, MT | Package | Jane Doe #3 |

## COUNT VII
## CONSPIRACY TO COMMIT WIRE FRAUD

Beginning on or about March 22, 2020, and continuing to on or about April 6, 2020, at Eureka, within Lincoln County, at Kalispell, within Flathead County, and elsewhere, in the State and District of Montana, the defendants, MICHAEL THOMAS KULLBERG and JENNIFER DON SMITH, knowingly and unlawfully conspired with each other and with other persons, known and unknown to the Grand Jury, to commit, in violation of 18 U.S.C. § 1343, the offense of wire fraud, in violation of 18 U.S.C. § 1349.

### MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the object of the conspiracy was to be accomplished included the following:

1. It was part of the conspiracy that the defendants would steal mail and other personal property from several victims in Lincoln County, Flathead County, and elsewhere.

2. It was further part of the conspiracy that the defendants would take credit cards belonging to and intended for those victims from that mail.

3

3.      It was further part of the conspiracy that the defendants would use the stolen credit cards to make purchases at various businesses.

## COUNTS VIII-XVIII
## WIRE FRAUD
## THE SCHEME TO DEFRAUD

Beginning on or about March 22, 2020, and continuing to on or about April 6, 2020, at Eureka, within Lincoln County, at Kalispell, within Flathead County, and elsewhere, in the State and District of Montana, the defendants, MICHAEL THOMAS KULLBERG and JENNIFER DON SMITH, as noted in the table below, executed a material scheme and artifice to defraud, and for obtaining items of value by means of material false and fraudulent pretenses and representations, in that they purchased the items using stolen credit card accounts, and in doing so caused wire communications to be transmitted in interstate commerce.

## INTERSTATE WIRES

On or about the dates in the table below, at the locations listed below, in the State and District of Montana, the defendants, MICHAEL THOMAS KULLBERG and JENNIFER DON SMITH, as noted in the table below, for the purpose of executing the aforementioned material scheme and artifice to defraud, and for obtaining items of value by means of material false and fraudulent pretenses and representations, did knowingly cause to be transmitted in interstate commerce wire

4

communications between financial institutions in Montana and institutions in other states, which represented the use of stolen credit card accounts, in the amounts listed in the table below, in violation of 18 U.S.C. §§ 1343, 2.

| Count | Date | Location | Defendant | Amount |
|---|---|---|---|---|
| VIII | 3/22/2020 | Exxon Mobile, Eureka, MT | Michael Thomas Kullberg | $151.10 |
| IX | 3/22/2020 | Exxon Mobile, Eureka, MT | Michael Thomas Kullberg | $37.30 |
| X | 3/28/2020 | Target, Kalispell, MT | Michael Thomas Kullberg | $191.72 |
| XI | 3/28/2020 | The Home Depot, Kalispell, MT | Michael Thomas Kullberg | $104.99 |
| XII | 3/28/2020 | Lowes, Kalispell, MT | Michael Thomas Kullberg | $240.82 |
| XIII | 3/28/2020 | Walmart, Kalispell, MT | Michael Thomas Kullberg | $351.49 |
| XIV | 3/28/2020 | Harbor Freight, Kalispell, MT | Michael Thomas Kullberg | $123.58 |
| XV | 4/4/2020 | Albertsons, Kalispell, MT | Michael Thomas Kullberg | $219.93 |
| XVI | 4/5/2020 | The Home Depot, Kalispell, MT | Michael Thomas Kullberg | $125.87 |
| XVII | 4/5/2020 | Target, Kalispell, MT | Michael Thomas Kullberg | $242.98 |
| XVIII | 4/5/2020 | Conoco Town Pump, Kalispell MT | Jennifer Don Smith | $33.21 |

COUNT XIX-XXVIII
AGGRAVATED IDENTITY THEFT

On or about the dates listed in the table below, at the locations listed below, in the State and District of Montana, the defendant, MICHAEL THOMAS KULLBERG, knowingly used, without lawful authority, a means of identifications of another person, a credit card number, during and in relation to a felony violation of wire fraud, as charged in the count listed below, and did aid and abet the same, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

| Count | Date | Location | Account Owner | Underlying Count | Amount |
|---|---|---|---|---|---|
| XIX | 3/22/2020 | Exxon Mobile, Eureka, MT | John Doe #1 | VIII | $151.10 |
| XX | 3/22/2020 | Exxon Mobile, Eureka, MT | John Doe #1 | IX | $37.30 |
| XXI | 3/28/2020 | Target, Kalispell, MT | Jane Doe #1/ John Doe #2 | X | $191.72 |
| XXII | 3/28/2020 | The Home Depot, Kalispell, MT | Jane Doe #1/ John Doe #2 | XI | $104.99 |
| XXIII | 3/28/2020 | Lowes, Kalispell, MT | Jane Doe #1/ John Doe #2 | XII | $240.82 |
| XIV | 3/28/2020 | Walmart, Kalispell, MT | Jane Doe #1/ John Doe #2 | XIII | $351.49 |
| XV | 3/28/2020 | Harbor Freight, Kalispell, MT | Jane Doe #1/ John Doe #2 | XIV | $123.58 |
| XVI | 4/4/2020 | Albertsons, Kalispell, MT | John Doe #1 | XV | $219.93 |
| XVII | 4/5/2020 | The Home Depot, Kalispell, MT | John Doe #1 | XVI | $125.87 |
| XVIII | 4/5/2020 | Target, Kalispell, MT | John Doe #1 | XVII | $242.98 |

6

## COUNT XXIX
## AGGRAVATED IDENTITY THEFT

On or about April 5, 2020, at Kalispell, within Flathead County, in the State and District of Montana, the defendant, JENNIFER DON SMITH, did knowingly use, without lawful authority, a means of identification of another person, during and in relation to a felony violation of 18 U.S.C § 1343, wire fraud, as charged in Count XVIII above, and did aid and abet the same, in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

FOREPERSON

For LEIF M. JOHNSON
United States Attorney

For JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney